FILED: August 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1973

(1:14-cv-01699-LMB-IDD)

_____

HARLEY A. HUGHES

    Plaintiff - Appellant

v.

IMMEDIATE RESPONSE TECHNOLOGIES, LLC, A Delaware Limited Liability Company; IMMEDIATE RESPONSE TECHNOLOGIES, INC., A Maryland Corporation

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cv-01699-LMB-IDD |
| Date notice of appeal filed in originating court: | 08/25/2015 |
| Appellant | Harley A. Hughes |
| Appellate Case Number | 15-1973 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |