IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| HARLEY A. HUGHES, | ) |
| | ) |
| Plaintiff - Appellant, | ) |
| | )   No. 15-1973 |
| v. | )   (1:14-cv-1699-LMB-IDD) |
| | ) |
| IMMEDIATE RESPONSE | ) |
| TECHNOLOGIES, LLC, et al., | ) |
| | ) |
| Defendants - Appellees. | ) |

**APPELLEE IMMEDIATE RESPONSE TECHNOLOGIES, LLC'S CONSENT TO APPELLANT'S MOTION FOR 2-WEEK EXTENSION FOR FILING OF HIS OPENING BRIEF**

Appellee Immediate Response Technologies, LLC ("Appellee") consents to Appellant's request for a two week extension until November 17, 2015 to file his opening brief, provided that Appellee's response brief deadline is appropriately extended as well. Appellee respectfully requests that its response brief deadline be modified accordingly to December 17, 2015.

Respectfully Submitted,

Dated: October 27, 2015

/s/ Michael J. Marinello
Jonathan P. Kagan
Michael J. Marinello
KAGAN LAW GROUP, LLC
112 West Street, First Floor
Annapolis, Maryland 21401
Tel (410) 216-7900
kagan@kaganlawgroup.com
marinello@kaganlawgroup.com

*Attorneys for Appellee Immediate Response Technologies, LLC*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2015, the foregoing document was served on all parties or their counsel of record through the Court's CM/ECF system.

Dated: October 27, 2015                      /s/ Michael J. Marinello
                                                                       Michael J. Marinello
                                                                       KAGAN LAW GROUP, LLC
                                                                       112 West Street, First Floor
                                                                       Annapolis, Maryland 21401
                                                                       Tel (410) 216-7900
                                                                       marinello@kaganlawgroup.com

                                                                       *Attorney for Appellee, Immediate Response Technologies, LLC*