FILED: November 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1973
(1:14-cv-01699-LMB-IDD)
_____

HARLEY A. HUGHES

      Plaintiff - Appellant

v.

IMMEDIATE RESPONSE TECHNOLOGIES, LLC, A Delaware Limited Liability Company; IMMEDIATE RESPONSE TECHNOLOGIES, INC., A Maryland Corporation

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to file an amended joint appendix, the court grants the motion and accepts the amended joint appendix for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk